UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN TURNER,

    Plaintiff,

  v.

FLANNIGAN, et al.,

    Defendants.

Case No. 15-cv-00143-JST (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner currently incarcerated at North Kern State Prison has filed a pro se civil rights complaint under 42 U.S.C. § 1983 against staff at the Los Angeles County Jail, where he was previously housed.

Because the acts complained of occurred in Los Angeles County, which lies within the venue of the Central District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

Dated: January 23, 2015

                                         JON S. TIGAR
                                       United States District Judge